# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2021

162092

WAYNE FILIZETTI, Personal Representative
of the ESTATE OF AMARAH FILIZETTI and
Next Friend of LAILA FILIZETTI and MELISSA
FILIZETTI, and STACEY FILIZETTI,
        Plaintiffs-Appellants,

v

GWINN AREA COMMUNITY SCHOOLS
        Defendant/Cross-Plaintiff/
        Cross-Defendant-Appellee,

and

WEST EDUCATIONAL LEASING, INC.,
d/b/a PROFESSIONAL CONTRACT
MANAGEMENT,
        Defendant,

and

TRACY BELUSAR, ANTHONY J. FILIZETTI,
and ROBERT SOYRING,
        Defendants-Appellees,

and

GWINN AREA CLEANING AND
MAINTENANCE, INC.,
        Defendant/Cross-Defendant/
        Cross-Plaintiff.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162092
COA: 344878
Marquette CC: 16-054781-NO

On order of the Court, the application for leave to appeal the August 27, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellants shall file a supplemental brief addressing whether appellee Gwinn Area Community Schools was entitled to summary disposition on appellants' claim under the public building exception to the Governmental Tort Liability Act, MCL 691.1401 *et seq*. The appellants' brief shall be filed by September 27, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). Appellee Gwinn Area Community Schools shall file a supplemental brief within 21 days of being served with the appellants' brief. A reply, if any, must be filed by the appellants within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2021



Clerk

p0518